**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**ANGEL FERRER**
**a/k/a**
**GARY MICHAEL KING,**

                        **Plaintiff,**

         **v.**                              **9:13-CV-0031**
                                                    **(NAM/ATB)**

**BRIAN FISCHER, et al.,**

                        **Defendants.**

_____

**APPEARANCES:**                                **OF COUNSEL:**

ANGEL FERRER
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN          GREGORY J. RODRIGUEZ, ESQ.
Attorney General of the                   Assistant Attorney General
State of New York
The Capitol
Albany, NY 12224
Attorney for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## **ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge

Andrew T. Baxter, duly filed on the 7th day of October 2014.  Following fourteen (14) days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the

parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

ORDERED that:

1.  The Report-Recommendation is hereby adopted in its entirety.

2.  The defendants' motion to dismiss (Dkt. No. 35) is granted, and the complaint is dismissed in its entirety.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case. Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**


Dated: November 12, 2014
          Syracuse, New York




Norman A. Mordue
Senior U.S. District Judge